Kathleen Maylin (State Bar No. 155371)
Lori Regler (State Bar No. 206390)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
HUSSMANN CORPORATION
(Erroneously sued as Hussmann, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LARKIN,<br>　　　　Plaintiff,<br>v.<br>HUSSMAN, INC.<br>　　　　Defendants. | Case No. C07-00942 MJJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

The undersigned parties stipulate to participate in the following ADR process:

<u>Court Processes:</u>

\_\_\_\_Arbitration      X   ENE      \_\_\_\_Mediation

The parties would prefer the appointment of an evaluator specializing in the evaluation of employment-related disputes. We anticipate being prepared to hold the ADR session within the next 60 days.

/ / /

/ / /

/ / /

/ / /

---

ADR STIPULATION                                1                         Case No. C07-00942 MJJ

| | | |
|---|---|---|
| 1 | Dated: September 28, 2007 | HINKLE, JACHIMOWICZ, POINTER & EMANUEL |

By: _____
Amy Carlson

Attorney for Plaintiff
THOMAS LARKIN

Dated: September __, 2007    JACKSON LEWIS LLP

By: _____
Kathleen Maylin

Attorneys for Defendant
HUSSMAN CORPORATION

**IT IS SO ORDERED:**

Dated: 10/05/07

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

ADR STIPULATION

2

Case No. C07-00942 MJJ