**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    THOMAS LARKIN,                                    No. C 07-00942 MJJ
9              Plaintiff,                              **ORDER OF**
                                                       **CONDITIONAL**
10      v.                                             **DISMISSAL**
11   HUSSMANN, INC.,
12              Defendant.
13   _____/
14
15          The Parties hereto, by their counsel, having advised the Court that they have agreed to a
     settlement of this cause,
16
17          IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however,
     that if any party hereto shall certify to this Court, with proof of service of a copy to opposing
18
     counsel, within ninety (90) days from the date of this order, that the agreed consideration for said
19
     settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall
20
     forthwith be restored to the calendar to be set for trial.
21
22
     Dated:   12/11/07                              _____
23                                                  MARTIN J. JENKINS
                                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28