1  Gerald A. Emanuel (State Bar No. 61049)
   Amy Carlson (State Bar No. 213294)
2  HINKLE, JACHIMOWICZ, POINTER & MAYRON
   2007 West Hedding Street, Suite 100
3  San Jose, California 95128
   Telephone: (408) 246-5500
4  Facsimile:  (408) 246-1051

5  Attorneys for Plaintiff
   THOMAS LARKIN

6  Kathleen Maylin (State Bar No. 155371)
7  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
8  San Francisco, California 94105
   Telephone: (415) 394-9400
9  Facsimile: (415) 394-9401

10 Attorneys for Defendant
   HUSSMANN CORPORATION
11 (Erroneously sued as Hussmann, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS LARKIN, | Case No. 07-00942 MJJ |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION RE DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| HUSSMANN, INC., a Missouri Corporation, BEN ELTZ, and Individual, LORRAINE ROSS, an individual, and DOES 1-50. | Complaint Filed: November 3, 2006<br>Removal Date: February 14, 2007 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [  ] ORDER THEREON         Case No. 07-00942-MJJ

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: February 29, 2008 | JACKSON LEWIS LLP |
| 4 | By /s/ |
| 5 | Kathleen Maylin |
| 6 | Attorneys for Defendant |
| | HUSSMANN CORPORATION |
| 8  Dated: March 3, 2008 | HINKLE, JACHIMOWICZ, POINTER & MAYRON |
| 10 | By /s/ |
| 11 | Amy Carlson |
| | Attorneys for Plaintiff |
| 12 | THOMAS LARKIN |

**IT IS SO ORDERED.**

Dated: 3/13/2008 _____/s/ Martin J. Jenkins_____
HONORABLE MARTIN J. JENKINS
United States District Court

---